UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULINE LESLIE,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS BOSTON, DEVIN PRONCO, CITY OF BOSTON, BOSTON EMERGENCY MEDICAL SERVICES, BOSTON PUBLIC HEALTH COMMISSION, CAREY GLEASON AND JOCELYN BRANDAO,<br><br>Defendants. | Civil Action No. |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant City of Boston (the "City") files this Notice of Removal of the above-captioned case from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, Essex County, to the United States District Court for the District of Massachusetts. In support hereof, the City states as follows:

**CASE BACKGROUND AND GROUNDS FOR REMOVAL**

1. On July 8, 2026, Plaintiff Pauline Leslie ("Plaintiff") commenced this civil action in Essex County Superior Court, styled as *Pauline Leslie v. University of Massachusetts Boston, Devin Pronco, City of Boston, Boston Emergency Medical Services, Boston Public Health Commission, Carey Gleason and Jocelyn Brandao,* Civil Action No. 2677CV00854 (the "State Court Action").

2. On September 21, 2026, Plaintiff filed her First Amended Complaint in the State Court Action asserting thirteen (13) causes of action, including at least two (2) claims involving federal questions that give rise to the original jurisdiction of this Court under 28 U.S.C. § 1331:

Count XI – Violation of 42 U.S.C. § 1983 against All Defendants;[1] and

Count XII – Violation of 14th Amendment to the U.S. Constitution against All Defendants.

3. The remainders of Plaintiff's claims consist of state tort and statutory claims against various defendants, including: negligence (Counts I & II); negligent maintenance/supervision and protection (Count III); violation of the Massachusetts Public Records Law, G. L. c. 66, § 10 (Count IV); invasion of privacy in violation of G. L. c. 4, § 7 (Count V); invasion of privacy in violation of G. L. c. 214, § 1B and 950 CMR 33.16 (Count VI); failure to train and/or failure to supervise (Count VII); negligent hiring and/or negligent entrustment (Count VIII); negligent infliction of emotional distress (Count IX); intentional infliction of emotional distress (Count X); and violation of G. L. c. 253 Acts of 2020 (Count XIII).

4. As required by 28 U.S.C. § 1446(a), attached as Exhibit A is a copy of the process and pleadings served on the City in the State Court Action. As service was made on the City on October 1, 2026, this Notice of Removal is timely filed prior to the expiration of 30 days from the date of service. *See* 28 U.S.C. § 1446(b)(1); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

5. This Court has federal question subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 as the civil action arises under Chapter 42 of the United State Code, and as pleaded, asserts claims under the U.S. Constitution.

[1] Count XI also asserts a violation of the Massachusetts Civil Rights Act, G. L. c. 12, § 11I.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the State Court Action is pending in Massachusetts.

7. As of this filing, no return of service has been filed by Plaintiff showing service on the remaining Defendants.

8. This Notice of Removal has been served on Plaintiff. A Notice of Filing of Notice of Removal, attached hereto as Exhibit B, will be filed in the Essex County Superior Court upon the filing of this Notice of Removal.

**WHEREFORE**, the City hereby removes the above-captioned case from the Superior Court Department of the Trial Court for the Commonwealth of Massachusetts (Essex) and requests that further proceedings be conducted in this Court as provided by law.

Respectfully Submitted,

CITY OF BOSTON,

By Its Attorney,

Michael Firestone,
*Corporation Counsel*

*/s/ Andrew C. Bartholomew*

Andrew C. Bartholomew (BBO# 696573)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-3883
andrew.bartholomew@boston.gov

Dated: October 21, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, a true and accurate copy of the foregoing document was served via email and first-class mail, postage prepaid, upon the following:

Pauline Leslie
P.O. Box 8124
Lynn, MA 01904
psalmandluke@gmail.com

*/s/ Andrew C. Bartholomew*____________
Andrew C. Bartholomew